[No. 3005-3. Division Three. July 12, 1979.]

ALMEDA TANSY, *Appellant,* v. CODMAN AND SHURTLEFF, INC., *Respondent.*

Appeal from a judgment of the Superior Court for Spokane County, No. 239592, Patrick McCabe, J., entered July 31, 1978. *Affirmed in part* and *remanded* by unpublished opinion per McInturff, J., concurred in by Green, C.J., and Roe, J.

[No. 2262-3. Division Three. July 12, 1979.]

BETTIE BEGGS, ET AL, *Respondents,* v. THE CITY OF PASCO, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Franklin County, No. 20797, Albert J. Yencopal, J., entered February 4, 1977. *Reversed* by unpublished opinion per Roe, J., concurred in by Munson, J., Green, C.J., dissenting.

[No. 3182-2. Division Two. July 13, 1979.]

AMERICAN FEDERAL SAVINGS AND LOAN ASSOCIATION, *Respondent,* v. JOSEPH J. BATH, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Pierce County, No. 251514, Stanley W. Worswick, J., entered October 21, 1977. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Pearson, C.J., and Johnson, J. Pro Tem.